Helena Metzger, Respondent, v. The Metropolitan Elevated Railway Company, Appellant. — Judgment reversed with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs to interpose demurrer if she shall be advised. Opinion Per Curiam.

Hannah E. Boardman, Respondent, v. The Metropolitan Elevated Railway Railway Company, Appellant. — Judgment reversed, with costs, and the motion denied with ten dollars costs, with leave to the plaintiff on the payment of the costs to interpose demurrer if she shall be so advised.